## Harding *v.* Armour & Company, Appellant.

Argued March 25, 1958. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Ralph C. Body,* with him *John C. Clemmens,* and *Body, Muth, Rhoda & Stoudt,* for appellant.

*Samuel Polsky,* with him *Alan I. Baskin,* for appellee.

OPINION PER CURIAM, April 16, 1958:

The six judges who heard the argument in this case being equally divided in opinion, the judgment is affirmed.